# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
*Alexandria Division*

| | | |
|---|---|---|
| In re: | * | |
| Ekow Garbrah | * | Case No. 10-17812 |
| Felicity Sam | | (Chapter 13) |
|     Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING MOTION TO INCUR/MODIFY

THIS MATTER COMES UPON Motion of the Debtors, Ekow Garbrah and Felicity Sam (the "Debtor"), pursuant to 11 U.S.C. § 506 it is by the United States Bankruptcy Court for the Eastern District of Virginia

ORDERED, that the court grants the motion to incur/modify; and further

ORDERED, that the new debt shall be paid outside of the bankruptcy and shall not affect the monthly Plan payments.

Dated: Nov 13 2013

/s/ Robert G. Mayer
Judge ~~Brian Kenney~~
Robert G. Mayer
Untied States Bankruptcy Judge

eod 11/14/2013 sas

**PREPARED BY:**

PELS ANDERSON, L.L.C.
4905 Del Ray Avenue, Suite 507
Bethesda, MD 20814

By:  /s/ Jennifer O. Schiffer
Jennifer O. Schiffer #73287
Counsel for the Debtors

Seen and Agreed:

/s/ Thomas P. Gorman
Thomas P. Gorman, Esquire
300 N. Washington Street
Suite 400
Alexandria, VA. 22314
Chapter 13 Trustee

Certificate

I hereby certify that this order has been endorsed by all necessary parties to this proceeding

<u>/s/ Jennifer O. Schiffer</u>
Jennifer O. Schiffer

The Clerk Shall mail a copy of the entered Order to the following:

Office of the US Trustee
115 South Union Street
Alexandria, VA. 22314

Thomas P. Gorman
300 N. Washington Street
Suite 400
Alexandria, VA. 22314

End of Order.